UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Daniel M Jones | : | Case No.: 21-11907 AMC |
| Arlene R Jones | : | |
| | : | |
| Debtors | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT

AND NOW, this _____ day of _____, 2022 upon consideration of the Motion to Approve Settlement Agreement, it is hereby ORDERED and DECREED that Debtor shall receive is exempt portion and the remaining non-exempt amount as detailed below, be paid directly to the Chapter 13 Trustee.

| | |
| --- | --- |
| Settlement Agreement | $25,000.00 |
| Debtor's Exemption | $11,984.77 |
| Amount Paid to Chapter 13 Trustee | $13,015.23 |

FURTHER ORDERED:

_____
Honorable Judge Ashely M. Chan

Date: April 27, 2022