**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **DANIEL M JONES, AND ARLENE R JONES,** | ) | **CASE NO.: 21-11907-AMC** |
| | ) | **CHAPTER 13** |
| **DEBTORS.** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **NEWREZ LLC,** | ) | |
| | ) | |
| **MOVANT.** | ) | |
| | ) | |
| **DANIEL M JONES AND ARLENE R JONES,** | ) | |
| **DEBTORS** | ) | |
| **KENNETH E. WEST, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

NewRez LLC has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **October 1, 2026,** you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to Movant's attorney:

Alyk L. Oflazian, Esq.
PADGETT LAW GROUP
1055 E. Baltimore Pike, Suite 201
Media, PA 19063

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, Bankruptcy Court #4, Robert N.C. Nix, Sr., Federal

Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107 on **October 14, 2026 at 10:00am.** as soon thereafter as counsel can be heard, to consider the motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated: September 17, 2026

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esq.
Pennsylvania Bar # 312912
PADGETT LAW GROUP
1055 E. Baltimore Pike, Suite 201
Media, PA 19063
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alyk.Oflazian@padgettlawgroup.com
*Counsel for Movant*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 17th day of September, 2026:

***VIA U.S. MAIL***

*DEBTOR*
DANIEL M JONES
1001 HAZELWOOD DRIVE
PHILADELPHIA, PA 19150

*JOINT DEBTOR*
ARLENE R JONES
1001 HAZELWOOD DRIVE
PHILADELPHIA, PA 19150

***VIA ELECTRONIC NOTICE***

*DEBTORS ATTORNEY*
BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102
EMAIL: BRAD@SADEKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esq.
Pennsylvania Bar # 312912
PADGETT LAW GROUP
1055 E. Baltimore Pike, Suite 201
Media, PA 19063
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alyk.Oflazian@padgettlawgroup.com
*Counsel for Movant*